**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-00247-JLK

GREG LOPEZ,
RODNEY PELTON, and
STEVEN HOUSE,

    Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
JUDD CHOATE, Director of Elections, Colorado Department of State, in his official capacity,

    Defendants.

## UNOPPOSED MOTION TO RESCHEDULE PRELIMINARY INJUNCTION HEARING OR DECIDE MOTION ON BRIEFS

    Plaintiffs hereby request that the Court reschedule the hearing presently set for March 3 or, alternatively, decide their motion for a preliminary injunction on the briefing the Court has already received. In support thereof, Plaintiffs state as follows:

    1.    Counsel was recently informed of multiple witness conflicts with the preliminary injunction hearing set for March 3, 2022, at 10 AM. Fully half of Plaintiffs' planned witnesses are unavailable: two witnesses (Plaintiff House and Seth Masket, the Plaintiffs' expert on political campaigns and expenditures) will be out of state on previously scheduled travel. Another witness (Suzanne Taheri) is herself an attorney and already has another hearing set for Thursday at 10 AM.

    2.    Plaintiffs therefore request that the Court reschedule the hearing for next week. The undersigned has already been in contact both with his own witnesses and

opposing counsel and confirmed that all necessary persons could all be available on March 9 or 11.

3. As Plaintiffs stated in their initial motion, they need relief soon. (Mot. for Prelim. Inj. 5, ECF No. 8.) They are therefore loathe to ask the Court to move back the hearing. However, given the need to juggle several different witnesses' schedules, it is unavoidable.

4. Alternatively, Plaintiffs would not object to the Court deciding their motion on the record already before it. (Defendants themselves suggested this route in their response to Plaintiffs' motion. (Opp'n to Mot. for Prelim. Inj. 24, ECF No. 14.) But if the Court believes it needs witness testimony and argument from counsel, Plaintiffs stand ready to present those things at a later date.

5. The undersigned has discussed this matter with opposing counsel and was informed that Defendants would have no objection to the relief requested herein. Furthermore, consistent with D.C.COLO.LCivR 6.1, the undersigned certifies that this motion is being contemporaneously served on his clients.

s/ Daniel E. Burrows
**Daniel E. Burrows**
Advance Colorado
1312 17th St.
Unit 2029
Denver, CO 80202
Telephone: (720) 588-2008
E-mail: dan@advancecolorado.org

*Owen Yeates*
Institute for Free Speech
1150 Connecticut Ave., NW
Suite 810
Washington, DC 20036
Telephone: (202) 301-3300
E-mail: oyeates@ifs.org
Attorneys for Plaintiffs