IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:   March 10, 2022
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Mary George

Civil Action No.: 22-cv-00247-JLK

| | |
|---|---|
| GREG LOPEZ,<br>RODNEY PELTON, and<br>STEVEN HOUSE, | Daniel E. Burrows<br>Owen D. Yeates |
| Plaintiffs,<br>v. | |
| JENA GRISWOLD, *Colorado Secretary of State in her official capacity*, and<br>JUDD CHOATE, *Director of Elections, Colorado Department of State, in his official capacity*, | Michael T. Kotlarczyk<br>Peter G. Baumann |
| Defendants. | |

## COURTROOM MINUTES
**In-Court Hearing - Preliminary Injunction – Day 2**

**9:06 a.m.**     **Court in session.**

Court calls case.   Appearances of Counsel.

Comments regarding Exhibit number 14.

9:08 a.m.     Closing argument by Mr. Burrows.

9:51 a.m.     Closing argument by Mr. Kotlarczyk.

10:15 a.m.    Rebuttal argument by Mr. Burrows.

10:34 a.m.    Comments and ruling by the Court.

**ORDERED:** Motion For Preliminary Injunction (Filed 2/7/22; Doc. No. 8) is taken **UNDER ADVISEMENT.**

**10:35 a.m.    Court in recess.**
Hearing concluded.
Total time in court: 1 hour, 29 minutes