**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-00247-SKC

GREG LOPEZ,
RODNEY PELTON, and
STEVEN HOUSE,

    Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
JUDD CHOATE, Director of Elections, Colorado Department of State, in his official capacity,

    Defendants.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>Greg Lopez</u>

    <u>Rodney Pelton</u>

    <u>Steven House</u>.

    DATED at Denver, Colorado this 19th day of May, 2022.

    Donald A. Daugherty, Jr.
    INSTITUTE FOR FREE SPEECH
    1150 Connecticut Ave. NW Ste. 801
    Washington, DC 20036
    202-301-3300
    ddaugherty@ifs.org

## CERTIFICATE OF SERVICE

I hereby certify that on this  19th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

 mike.kotlarczyk@coag.gov
 peter.baumann@coag.gov

*s/Donald A. Daugherty, Jr.*