FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

December 9, 2022

Christopher M. Wolpert
Clerk of Court

_____

GREG LOPEZ, et al.,

    Plaintiffs - Appellants,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity, et al.,

    Defendants - Appellees.

No. 22-1082
(D.C. No. 1:22-CV-00247-JLK)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on three pending motions: (1) Defendants-Appellees' Unopposed Motion to File Declaration Containing Jurisdictional Facts Developed Since the Preliminary Injunction Hearing; (2) Appellants' Unopposed Motion to Supplement Record; and (3) Appellants' Second Unopposed Motion to Supplement Record. At the direction of the judicial panel assigned to decide this appeal, all three motions are granted as modified by and provided in this order.

The parties are directed to cooperate in the creation of a joint supplemental appendix. The joint supplemental appendix shall contain only the documents the parties referenced in and attached to their motions and shall conform to the court's rules and guidance applicable to all appendices. *See, e.g.,* 10th Cir. R. 30.1(D). The appellants shall file the joint supplemental appendix volume on the court's electronic docket on or before December 13, 2022.

When directed by the court to do so, the appellants shall transmit to the court two hard copies of the joint supplemental appendix.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk