## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00247-JLK

GREG LOPEZ,
RODNEY PELTON, and
STEVEN HOUSE,

      Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
JUDD CHOATE, Director of Elections, Colorado Department of State, in his official
      capacity,

      Defendants.

---

## MOTION TO WITHDRAW

---

Under D.C.COLO.LAttyR 5, the undersigned hereby requests that the Court allow him to withdraw from representation of Plaintiffs. In support thereof, counsel states as follows:

1. This week, the undersigned was appointed Chief Deputy Attorney General of Kansas. Continuing to represent Plaintiffs would not necessarily create any ethical conflict. But as a practical matter, continuing to litigate this case is almost certain to be incompatible with counsel's duties and workload in his new position.

2. Co-counsel at the Institute for Free Speech have entered appearances in this case and stand ready to assume full responsibility for the litigation. Therefore, there is unlikely to be any prejudice to any party from allowing the requested withdrawal.

3. The undersigned has conferred with Defendants' attorneys and was informed that they would have no objection to the relief requested herein. Likewise, no

individual Plaintiff has any objection to counsel's withdrawal.

4.      Consistent with Rule 5, notice of this motion to withdraw will be provided to Plaintiffs along with the required reminders.


s/ Daniel E. Burrows
**Daniel E. Burrows**
Advance Colorado
1312 17th St.
Unit 2029
Denver, CO 80202
Telephone: (720) 588-2008
E-mail: dan@advancecolorado.org