IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| Date: October 5, 2023 | Deputy Clerk: Bernique Abiakam |
|---|---|
| | Court Reporter: Kevin Carlin |

Criminal Action No.: 22-cv-00247-JLK

| GREG LOPEZ, RODNEY PELTON, and STEVEN HOUSE, | Ryan A. Morrison |
|---|---|
| | Brett R. Nolan |

    Plaintiffs,

v.

| JENA GRISWOLD, | Peter G. Baumann |
|---|---|
| *Colorado Secretary of State, in her official capacity*, | Michael t. Kotlarczyk |
| JUDD CHOATE, *Director of Elections,* | |
| *Colorado Department of State, in his official capacity*, | |

    Defendants.

## COURTROOM MINUTES

**Status Conference**

**10:32 a.m.**    Court in session.

Court calls case.    Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding remaining case issues, pretrial order, and trial setting.

**ORDERED:** The proposed Pretrial Order is due on or before January 26, 2024.

**ORDERED:** The 2-week Trial to Court is set to begin July 15, 2024, at 9:00 a.m.

**ORDERED:** The Final Trial Preparation Conference is set for June 27, 2024, at 10:30 a.m.

Discussion regarding trial procedures, exhibit lists and witness lists.

**ORDERED:** The parties shall submit their exhibit lists and witness lists by June 17, 2024.

**11:01 a.m.**    **Court in recess.**    Hearing concluded.    Time in court: 00:29