IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00247-JLK

GREG LOPEZ,
RODNEY PELTON, and
STEVEN HOUSE,

    Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
JUDD CHOATE, Director of Elections, Colorado Department of State, in his official capacity,

    Defendants.

---

**ORDER DENYING MOTION TO STAY
ORDER STRIKING PROPOSED PRETRIAL ORDER (ECF NO. 94)**

---

Kane, J.

    The parties have jointly moved to stay my Order Striking the Proposed Pretrial Order (ECF No. 93). Specifically, they object to that Order's instruction "to submit witness and exhibit lists by April 8, 2024 because they have been preparing for trial with the understanding that June 17, 2024 was the witness and exhibit list deadline." *See* Mot. to Stay at 2, ECF No. 94. Due to the travel and personal obligations of counsel, I modify my previous instruction and grant the parties until April 12, 2024, to refile a Proposed Pretrial Order. However, I otherwise deny the Motion and will now[1] clarify my earlier instructions from the October 5, 2023 Scheduling Conference that may have contributed to the parties' misunderstanding.

    For the avoidance of confusion, the parties are correct that the *final* versions of exhibit

---

[1] It is my hope and expectation that this Order obviates the need for an impromptu scheduling conference.

and witness lists are due on or before June 17, 2024. However, I specifically instructed the parties at the Scheduling Conference to prepare their pretrial order consistent with my standard pretrial and trial instructions, which are found on the court website under the category of Judicial Officers, Senior Article III Judges, under my name. With that in mind, any proposed Pretrial Order should include basic information about exhibits and witnesses[2] that will be presented at trial. My instructions on civil pretrial and trial procedures and make this clear:

> 2. Form of Proposed Pretrial Order. The parties should use the form for Pretrial Orders available on my website. The Pretrial Order will include, among other information:
>
> a. a list of witnesses to be called;
> b. a list of the exhibits to be offered;
> c. important deadlines for filings; and
> d. a list of as many stipulations as the parties can achieve.

*See* JLK Pretrial and Trial Procedures Memo. at 16. The importance of including this information is ordinarily self-evident; the Court must be aware of approximately how long the trial will run, what accommodations must be made for certain witnesses, roughly how many and what kind of exhibits will be used, etc. Moreover, the Proposed Pretrial Order gives notice to each party of what evidence the other side intends to use, enabling the filing of pretrial evidentiary motions.[3] While highly important, parties should understand that this Proposed Pretrial Order does not permanently or irrevocably bind them for trial. After all, again, parties are expected to file a Final Pretrial Order with Witness and Exhibit Lists on or before June 17, 2024.

---

[2] It is my understanding that information about certain witnesses is already available, but some of this information is over a year old and is otherwise incomplete. *See, e.g.*, Mot. to Amend Scheduling Order at 2, ECF No. 52.

[3] I remind parties that the April 1, 2024 Order Striking the Proposed Pretrial Order set the date for motions to exclude expert witness testimony and motions in limine. The parties' Joint Motion to Stay did not contain any objection to this deadline and it is unclear to me how the parties would move to preclude evidence being presented if even minimal information was not communicated about exhibits and witnesses in advance of that deadline.

If the parties nevertheless object to filing another Proposed Pretrial Order on or before April 12, 2024, they should move to postpone the trial start date. Otherwise, I cannot fathom how there would be adequate time to brief and resolve pretrial motions.

The parties are, therefore, DIRECTED to refile a Proposed Pretrial Order on or before April 12, 2024, with the names of each witness, what kind of testimony they are offering, and a list of exhibits. The Motion to Stay my Order Striking the Proposed Pretrial Order is DENIED.

DATED this 4th day of April, 2024.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE