<u>*Preliminary*</u>  UNIFIED EXHIBIT LIST IN CASE NO. 1:22-cv-0247-JLK

*Lopez, et al. v. Griswold, et al.*

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| | <u>Plaintiff Exhibits</u> | | | | | |
| 1 | Chart of State Contribution Limits | | | | | |
| 2 | Copy of *Randall v. Sorrell* (opinion of Breyer, J.) | | | | | |
| 3 | Copy of *Thompson v. Hebdon*, 140 S. Ct. 348 (2019) (*per curiam* opinion) | | | | | |
| 4 | Defendants' Response to Plaintiffs' Request for Admission | | | | | |
| 5 | Defendants' Response to Plaintiffs' First Set of Interrogatories | | | | | |
| 6 | Defendants' Response to Plaintiffs' Second Set of Interrogatories | | | | | |
| 7 | Errata to Defendants' Response to Plaintiffs' Second Set of Interrogatories | | | | | |
| 8 | CO Democratic Party Neutrality Policy (Oct. 2023) | | | | | |
| 9 | CO Republican Party Bylaws (Sept. 2023) | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 10 | Campaign & Political Finance Manual Rev. Dec. 2023 | | | | | |
| 11 | 2002 Ballot Information Booklet (ECF 8-15) | | | | | |
| 12 | 8 CCR 1505-6 (Apr. 1, 2007) | | | | | |
| 13 | 8 CCR 1505-6 (Apr. 14, 2011) | | | | | |
| 14 | 8 CCR 1505-6 (July 30, 2015) | | | | | |
| 15 | 8 CCR 1505-6 (July 30, 2019) | | | | | |
| 16 | 8 CCR 1505-6 (Dec. 15, 2023) | | | | | |
| 17 | Plaintiffs Inflation Adjustment Charts | | | | | |
| 18 | Lopez Candidate Affidavit | | | | | |
| 19 | TRACER – Lopez Records | | | | | |
| 20 | TRACER – Pelton Records | | | | | |
| 21 | Polis Candidate Affidavit | | | | | |
| 22 | Polis Contribution Reports | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 23 | Ganahl Candidate Affidavit | | | | | |
| 24 | TRACER – Ganahl Records | | | | | |
| 25 | Ganahl Spending Limit Withdrawal Records | | | | | |
| 26 | Multiple Gubernatorial Candidate Affidavits | | | | | |
| 27 | 2022 Primary Election Results | | | | | |
| 28 | 2022 General Election Results | | | | | |
| 29 | TRACER - 2022 House Contributions | | | | | |
| 30 | TRACER -Propst Records | | | | | |
| 31 | TRACER – Treibert Records | | | | | |
| 32 | 2018 General Election Results | | | | | |
| 33 | TRACER - 2018 House Contributions | | | | | |
| 34 | TRACER – Lundeen & Humenik Records | | | | | |
| 35 | TRACER – Armendariz & Osborn Records | | | | | |
| 36 | Engen PowerPoint | | | | | |
| 37 | Bonneau PowerPoint | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 38 | Cann PowerPoint | | | | | |
| 39 | Primo PowerPoint | | | | | |
| 40 | Engen Report data set/code | | | | | |
| 41 | Engen Rebuttal Report data set/code | | | | | |
| 42 | Bonneau & Cann Report data set/code | | | | | |
| 43 | Bonneau Rebuttal Report data set/code | | | | | |
| 44 | Cann Rebuttal Report data set/code | | | | | |
| 45 | Primo Report data set/code | | | | | |
| 46 | Spencer Report data set/code | | | | | |
| 47 | Spencer Supplemental Report data set/code | | | | | |
| 48 | Spencer Rebuttal Report data set/code | | | | | |
| 49 | Wood Rebuttal Report data set/code | | | | | |
| 50 | Fig. 1 – Engen Report, p. 5 | | | | | |
| 51 | Fig. 2 – Engen Report, p. 5 | | | | | |
| 52 | Fig. 3 – Engen Report, p. 6 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 53 | Fig. 4 – Engen Report, p. 6 | | | | | |
| 54 | Fig. 5 – Engen Report, p. 6 | | | | | |
| 55 | Fig. 6 – Engen Report, p. 6 | | | | | |
| 56 | Fig. 7 – Engen Report, p. 7 | | | | | |
| 57 | Fig. 8 – Engen Report, p. 7 | | | | | |
| 58 | Fig. 9 – Engen Report, p. 9 | | | | | |
| 59 | Fig. 10 – Engen Report, p. 10 | | | | | |
| 60 | Fig. 11 – Engen Report, p. 10 | | | | | |
| 61 | Fig. 12 – Engen Report, p. 11 | | | | | |
| 62 | Fig. 13 – Engen Report, p. 12 | | | | | |
| 63 | Fig. 14 – Engen Report, p. 12 | | | | | |
| 64 | Fig. 15 – Engen Report, p. 12 | | | | | |
| 65 | Fig. 16 – Engen Report, p. 14 | | | | | |
| 66 | Chart – Engen Report, p. 15 | | | | | |
| 67 | Chart – Engen Report, p. 16 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 68 | Fig. 17 – Engen Report, p. 17 | | | | | |
| 69 | Chart – Engen Report, p. 18 | | | | | |
| 70 | Graphics – Engen Rebuttal Report, p. 1 | | | | | |
| 71 | Graphics – Engen Rebuttal Report, p. 2 | | | | | |
| 72 | Graphics – Engen Rebuttal Report, p. 3 | | | | | |
| 73 | Graphics – Engen Rebuttal Report, p. 4 | | | | | |
| 74 | Graphics – Engen Rebuttal Report, p. 5 | | | | | |
| 75 | Table 1 – Bonneau & Cann Report, p. 12 | | | | | |
| 76 | Table 2 – Bonneau & Cann Report, p. 16 | | | | | |
| 77 | Table 3 – Bonneau & Cann Report, p. 18 | | | | | |
| 78 | Table 4 – Bonneau & Cann Report, p. 21 | | | | | |
| 79 | Fig. 1 – Bonneau & Cann Report, p. 22 | | | | | |
| 80 | Fig. 2 – Bonneau & Cann Report, p. 23 | | | | | |
| 81 | Table 1 – Cann Rebuttal Report, p. 4 | | | | | |
| 82 | Table – Primo Report, p. 9 | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 83 | Fig. – Primo Report, p. 10 | | | | | |
| 84 | TRACER - Denley Kester $72.50 In-Kind Contribution to GREEN-HD60 (Receipt Date 9-11-22) | | | | | |
| 85 | Article - "1904: The Most Corrupt Election in Colorado History" | | | | | |
| 86 | Article – "Celebrate Colorado Day by revisiting state's worst scandals" | | | | | |
| 87 | DOJ Report to Congress: Activities and Operations of the Public Integrity Section for 2002 | | | | | |
| 88 | Copy of *People v. Strachan*, 755 P.2d 37 (Colo. 1989) | | | | | |
| 89 | Article: Gulzar - Do Campaign Contribution Limits Curb the Influence of Money in Politics | | | | | |
| 90 | Receipt - Steve House Contribution to Catlin for Colorado (July 27, 2022) | | | | | |
| | | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
|  | Defendant Exhibits |  |  |  |  |  |
| 91 | Pelton 2022 TRACER Summary (Ex. 1 to Pelton Depo.) |  |  |  |  |  |
| 92 | Nelson 2022 TRACER Summary (Ex. 2 to Pelton Depo.) |  |  |  |  |  |
| 93 | Pelton 2022 Contributions (Ex. 3 to Pelton Depo.) |  |  |  |  |  |
| 94 | The Persuasive Effects of Partisan Campaign Mailers (Ex. 4 to Engen Depo.) |  |  |  |  |  |
| 95 | Lynn for SD 19 2022 Contributions (Ex. 6 to Engen Depo.) |  |  |  |  |  |
| 96 | Appendix G to Primo Book (Ex. 4 to Primo Depo.) |  |  |  |  |  |
| 97 | Ex. 3 to House Depo. |  |  |  |  |  |
| 98 | Ex. 6 to House Depo. |  |  |  |  |  |
| 99 | Ex. 7 to House Depo. |  |  |  |  |  |
| 100 | Ex. 8 to House Depo. |  |  |  |  |  |
| 101 | Ex. 9 to House Depo. |  |  |  |  |  |
| 102 | Ex. 11 to House Depo. |  |  |  |  |  |
| 103 | Ex. 13 to House Depo. |  |  |  |  |  |
| 104 | Summary exhibits of TRACER data |  |  |  |  |  |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 105 | Summary exhibit – Party contribution limit by state | | | | | |
| 106 | Transcript – March 9, 2022 preliminary injunction hearing | | | | | |
| 107 | Table 1 – Wood Report (page 17) | | | | | |
| 108 | Table 2 – Wood Report (pages 18, 20) | | | | | |
| 109 | Figure 1 – Wood Report (page 25) | | | | | |
| 110 | Figure 2 – Wood Report (page 26) | | | | | |
| 111 | Figure 3 – Wood Report (page 29) | | | | | |
| 112 | Table 3 – Wood Report (page 30) | | | | | |
| 113 | Table 4 – Wood Report (page 31) | | | | | |
| 114 | Table 5 – Wood Report (page 32) | | | | | |
| 115 | Turnout by Chamber pre- and post- Am. 27 (Spencer Report at 4) (as revised by Spencer Supplemental Report)) | | | | | |
| 116 | Table 1 – Spencer Report (page 5) (as revised by Spencer Supplemental Report) | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 117 | Figure 1 – Spencer Report (page 5) | | | | | |
| 118 | Figure 2 – Spencer Report (page 7) (as revised by Spencer Supplemental Report) | | | | | |
| 119 | Figure 3 – Spencer Report (page 8) (as revised by Spencer Supplemental Report) | | | | | |
| 120 | Figure 4 – Spencer Report (page 9) (as revised by Spencer Supplemental Report) | | | | | |
| 121 | Table 2 – Spencer Report (page 11) (as revised by Spencer Supplemental Report) | | | | | |
| 122 | Figure 5 – Spencer Report (page 12) (as revised by Spencer Supplemental Report) | | | | | |
| 123 | Figure 6 – Spencer Report (page 14) (as revised by Spencer Supplemental Report) | | | | | |
| 124 | Table 3 – Spencer Report (page 16) (as revised by Spencer Supplemental Report) | | | | | |
| 125 | Table 4 – Spencer Report (page 17) | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 126 | Figure 5 – Spencer Report (page 18) | | | | | |
| 127 | Figure 6 – Spencer Report (page 18) | | | | | |
| 128 | Table 6 – Spencer Report (page 20) | | | | | |
| 129 | Table 7 – Spencer Report (page 20) | | | | | |
| 130 | Table 8 – Spencer Report (page 21) | | | | | |
| 131 | Table 9 – Spencer Report (page 21) | | | | | |
| 132 | Table 10 – Spencer Report (page 22) | | | | | |
| 133 | Table 1 – Spencer Rebuttal Report (page 3) | | | | | |
| 134 | Table 1 – Spencer Supplemental Report (page 2–3) | | | | | |
| 135 | Figure 2 – Spencer Supplemental Report (page 3) | | | | | |
| 136 | Figure 3 – Spencer Supplemental Report (page 3) | | | | | |
| 137 | Figure 4 – Spencer Supplemental Report ( | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 138 | Committee to Elect Bernie Buescher TRACER Finance Summary (Secretary of State Race) | | | | | |
| 139 | Committee to Elect Bernie Buescher TRACER Finance Summary (State House Races) | | | | | |
| 140 | Donovan for State Senate TRACER Finance Summary | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |