| Governor | | Attorney General | | Secretary of State | | Treasurer | | State Senate | | State House | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* |
| Alabama | Unlimited | Alabama | Unlimited | Alabama | Unlimited | Alabama | Unlimited | Alabama | Unlimited | Alabama | Unlimited |
| Alaska | Unlimited | Alaska | Unlimited | Alaska | Unlimited | Alaska | Unlimited | Alaska | Unlimited | Alaska | Unlimited |
| Indiana | Unlimited | Indiana | Unlimited | Indiana | Unlimited | Indiana | Unlimited | Indiana | Unlimited | Indiana | Unlimited |
| Iowa | Unlimited | Iowa | Unlimited | Iowa | Unlimited | Iowa | Unlimited | Iowa | Unlimited | Iowa | Unlimited |
| Mississippi | Unlimited | Mississippi | Unlimited | Mississippi | Unlimited | Mississippi | Unlimited | Mississippi | Unlimited | Mississippi | Unlimited |
| Nebraska | Unlimited | Nebraska | Unlimited | Nebraska | Unlimited | Nebraska | Unlimited | Nebraska | Unlimited | Nebraska | Unlimited |
| North Dakota | Unlimited | North Dakota | Unlimited | North Dakota | Unlimited | North Dakota | Unlimited | North Dakota | Unlimited | North Dakota | Unlimited |
| Oregon | Unlimited | Oregon | Unlimited | Oregon | Unlimited | Oregon | Unlimited | Oregon | Unlimited | Oregon | Unlimited |
| Pennsylvania | Unlimited | Pennsylvania | Unlimited | Texas | Unlimited | Pennsylvania | Unlimited | Pennsylvania | Unlimited | Pennsylvania | Unlimited |
| Texas | Unlimited | Texas | Unlimited | Utah | Unlimited | Texas | Unlimited | Texas | Unlimited | Texas | Unlimited |
| Utah | Unlimited | Utah | Unlimited | Delaware | N/A | Utah | Unlimited | Utah | Unlimited | Utah | Unlimited |
| Virginia | Unlimited | Virginia | Unlimited | Florida | N/A | Georgia | N/A | Virginia | Unlimited | Virginia | Unlimited |
| California | $72,800 | Hawaii | N/A | Hawaii | N/A | Hawaii | N/A | Ohio | $30,999 | Ohio | $30,999 |
| Ohio | $30,999 | Maine | N/A | Maine | N/A | Maine | N/A | North Carolina | $12,800 | North Carolina | $12,800 |
| New Mexico | $22,000 | New Hampshire | N/A | Maryland | N/A | Maryland | N/A | California | $11,000 | California | $11,000 |
| Wisconsin | $20,000 | Tennessee | N/A | New Hampshire | N/A | Michigan | N/A | New Mexico | $11,000 | New Mexico | $11,000 |
| New York | $18,000 | Wyoming | N/A | Oklahoma | N/A | Minnesota | N/A | Nevada | $10,000 | Nevada | $10,000 |
| Georgia | $16,800 | Ohio | $30,999 | Pennsylvania | N/A | Montana | N/A | New Hampshire | $10,000 | New Hampshire | $10,000 |
| South Dakota | $16,000 | Wisconsin | $20,000 | Tennessee | N/A | New Hampshire | N/A | New York | $10,000 | Illinois | $6,900 |
| North Carolina | $12,800 | California | $18,200 | Virginia | N/A | New York | N/A | Illinois | $6,900 | Georgia | $6,600 |
| Idaho | $10,000 | New York | $18,000 | New York | N/A | Tennessee | N/A | Georgia | $6,600 | Oklahoma | $6,600 |
| Louisiana | $10,000 | Georgia | $16,800 | Ohio | $30,999 | Virginia | N/A | Oklahoma | $6,600 | Maryland | $6,000 |
| Nevada | $10,000 | South Dakota | $16,000 | Wisconsin | $20,000 | Ohio | $30,999 | Maryland | $6,000 | New York | $6,000 |
| New Hampshire | $10,000 | North Carolina | $12,800 | California | $18,200 | Wisconsin | $20,000 | Arkansas | $5,800 | Arkansas | $5,800 |
| Tennessee | $9,800 | New Mexico | $11,000 | Georgia | $16,800 | California | $18,200 | West Virginia | $5,600 | West Virginia | $5,600 |
| Michigan | $8,325 | Idaho | $10,000 | South Dakota | $16,000 | South Dakota | $16,000 | Arizona | $5,400 | Arizona | $5,400 |

| Governor | | Attorney General | | Secretary of State | | Treasurer | | State Senate | | State House | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* | *State* | *Cycle-Adjusted Limit* |
| Connecticut | $7,000 | Louisiana | $10,000 | North Carolina | $12,800 | North Carolina | $12,800 | New Jersey | $5,200 | New Jersey | $5,200 |
| South Carolina | $7,000 | Nevada | $10,000 | New Mexico | $11,000 | New Mexico | $11,000 | Louisiana | $5,000 | Louisiana | $5,000 |
| Illinois | $6,900 | Michigan | $8,325 | Idaho | $10,000 | Idaho | $10,000 | Missouri | $4,800 | Kentucky | $4,200 |
| Oklahoma | $6,600 | South Carolina | $7,000 | Louisiana | $10,000 | Louisiana | $10,000 | Kentucky | $4,200 | Missouri | $4,000 |
| Florida | $6,000 | Illinois | $6,900 | Nevada | $10,000 | Nevada | $10,000 | Hawaii | $4,000 | Tennessee | $3,600 |
| Hawaii | $6,000 | Oklahoma | $6,600 | Michigan | $8,325 | South Carolina | $7,000 | Tennessee | $3,600 | Wyoming | $3,000 |
| Maryland | $6,000 | Florida | $6,000 | South Carolina | $7,000 | Illinois | $6,900 | Wyoming | $3,000 | Washington | $2,400 |
| Minnesota | $6,000 | Maryland | $6,000 | Illinois | $6,900 | Oklahoma | $6,600 | Michigan | $2,450 | Florida | $2,000 |
| Arkansas | $5,800 | Arkansas | $5,800 | Arkansas | $5,800 | Florida | $6,000 | Washington | $2,400 | Hawaii | $2,000 |
| Missouri | $5,650 | Missouri | $5,650 | Missouri | $5,650 | Arkansas | $5,800 | Connecticut | $2,000 | Idaho | $2,000 |
| West Virginia | $5,600 | West Virginia | $5,600 | West Virginia | $5,600 | Missouri | $5,650 | Florida | $2,000 | Massachusetts | $2,000 |
| Arizona | $5,400 | Arizona | $5,400 | Arizona | $5,400 | West Virginia | $5,600 | Idaho | $2,000 | Rhode Island | $2,000 |
| Wyoming | $5,000 | New Jersey | $5,200 | New Jersey | $5,000 | Arizona | $5,400 | Kansas | $2,000 | South Carolina | $2,000 |
| New Jersey | $4,900 | Washington | $4,800 | Washington | $4,800 | New Jersey | $5,200 | Massachusetts | $2,000 | South Dakota | $2,000 |
| Washington | $4,800 | Vermont | $4,480 | Vermont | $4,480 | Wyoming | $5,000 | Minnesota | $2,000 | Michigan | $1,225 |
| Vermont | $4,480 | Kentucky | $4,200 | Vermont | $4,480 | Washington | $4,800 | Rhode Island | $2,000 | Vermont | $1,120 |
| Kentucky | $4,200 | Connecticut | $4,000 | Kentucky | $4,200 | Vermont | $4,480 | South Carolina | $2,000 | Kansas | $1,000 |
| Kansas | $4,000 | Kansas | $4,000 | Connecticut | $4,000 | Kentucky | $4,200 | South Dakota | $2,000 | Minnesota | $1,000 |
| Massachusetts | $4,000 | Rhode Island | $4,000 | Kansas | $4,000 | Connecticut | $4,000 | Wisconsin | $2,000 | Wisconsin | $950 |
| Rhode Island | $4,000 | Massachusetts | $4,000 | Massachusetts | $4,000 | Kansas | $4,000 | Vermont | $1,680 | Maine | $950 |
| Maine | $3,900 | Minnesota | $4,000 | Rhode Island | $4,000 | Massachusetts | $4,000 | Maine | $950 | Montana | $800 |
| Montana | $2,000 | Montana | $1,580 | Minnesota | $3,000 | Rhode Island | $4,000 | Montana | $900 | Delaware | $600 |
| **Colorado** | **$1,450** | **Colorado** | **$1,450** | Montana | $1,580 | **Colorado** | **$1,450** | Delaware | $600 | Connecticut | $500 |
| Delaware | $1,200 | Delaware | $1,200 | **Colorado** | **$1,450** | Delaware | $1,200 | **Colorado** | **$450** | **Colorado** | **$450** |

**Cycle-Adjusted Methodology**

| |
|---|
| For states with per- election cycle limits, the limit was taken |
| For states with per election limit, the limit was doubled to account for the primary and the general (run-off elections were not included) |
| For states with yearly limits, the limit was adjusted for the length of the term of office (i.e. a yearly limit for a four-year gubernatorial office was quadrupled, a yearly limit for a 2-year state representative was doubled) |

| State | Contribution Laws | State | Contribution Laws |
|---|---|---|---|
| Alabama | Ala. Code § 17-5-1 et seq. | Montana | Mont. Code Ann. § 13-37-216<br>Admin. R. Mont. 44.11.227 |
| Alaska | Alaska Stat. § 15.13.070 | Nebraska | Neb. Rev. Stat. Chapter 32 |
| Arizona | Ariz. Rev. Stat. § 16-912 | Nevada | Nev. Const. art. 2 § 10 |
| Arkansas | AR Code § 7-6-203 (2017) | New Hampshire | N.H. Rev. Stat. § 664:4 |
| California | Cal. Gov't. Code § Sections 85301 - 85303 | New Jersey | N.J. Stat. Ann. § 19:44A-11.3 |
| Colorado | Colo. Code Regs. § 8 CCR 1505-6 | New Mexico | N.M. Stat. Ann. § 1- 19-34.7 |
| Connecticut | Conn. Gen. Stat. § Sec. 9-611 | New York | N.Y. Elec. Law § 14-114 |
| Delaware | Del. Code Ann. tit. 15, § 8010 | North Carolina | N.C. Gen. Stat. § 163- 278.13 |
| Florida | Fla. Stat. § 106.08 | North Dakota | N.D. Cent. Code § 16.1- 08.1-01 |
| Georgia | Ga. Code Ann. § 21-5-41 | Ohio | Ohio Rev. Code Ann. § 3517.102 |
| Hawaii | Haw. Rev. Stat. § 11-357 | Oklahoma | 21 OK Stat § 21-187.1 (2014) |
| Idaho | Idaho Code § 67-6610A | Oregon | Or. Rev. Stat. § 260.160 - 260.174 |
| Illinois | 10 Ill. Comp. Stat. 5/9-8.5 | Pennsylvania | 25 Pa. Cons. Stat. § 3253 |
| Indiana | Ind. Code § 3-9-2-3, 3-9- 2-4, and 3-9-2-6 | Rhode Island | R.I. Gen. Laws § 17-25-10.1 |
| Iowa | Iowa Code § 68A.503 | South Carolina | S.C. Code Ann. § 8-13-1300(10) |
| Kansas | Kan. Stat. Ann. § 25-4153 | South Dakota | S.D. Codified Laws § 12- 27-7 |
| Kentucky | Ky. Rev. Stat. § 121.150 | Tennessee | TN Code § 2-10-306 (2021) |
| Louisiana | La. Stat. Ann. § 18:1505.2 | Texas | Tex. Elec. Code Ann. § 253.094 |
| Maine | Me. Stat. tit. 21-A, § 1015 | Utah | Utah Code Ann. § 20A-11- 101 |
| Maryland | West's Md. Code Ann., Elec. Law § 13-226 | Vermont | Vt. Stat. Ann. tit. 17, §§<br>2901(7), 2905, 2941, 2943 |
| Massachusetts | Mass. Gen. Laws. ch. 55, § 7A | Virginia | Va. Code Ann. § 24.2-945 |
| Michigan | Mich. Comp. Laws § 169.252 | Washington | Wash. Rev. Code § 42.17A.405 |
| Minnesota | Minn. Stat. § 10A.27 | West Virginia | WV Code § 3-8-5c (2022) |
| Mississippi | Miss. Code Ann. § 23-15- 1021 | Wisconsin | Wis. Stat. § 11.1101 et seq |
| Missouri | Mo. Const. art. VIII § 23 | Wyoming | W.S. 22-25-102(c) |

| State | Contribution Limits Reference Webpage |
|---|---|
| Alabama | https://www.sos.alabama.gov/alabama-votes/media/campaign-finance-reports |
| Alaska | https://doa.alaska.gov/apoc/FilerResources/contributionLimits.html |
| Arizona | https://azsos.gov/elections/campaign-finance/contribution-limits |
| Arkansas | http://www.arkansasethics.com/wp-content/uploads/2019/12/Rules-on-Campaign-Contribution-Limit-2021-Final.pdf |
| California | https://www.fppc.ca.gov/content/dam/fppc/NS-Documents/TAD/Campaign%20Documents/2023_Contribution_Limits_Chart_Final.pdf |
| Colorado | https://www.sos.state.co.us/pubs/elections/CampaignFinance/limits/contributions.html |
| Connecticut | https://seec.ct.gov/Portal/data/pdf/ContributionLimitsChart.pdf |
| Delaware | https://elections.delaware.gov/information/campaignfinance/pdfs/contributiontable.pdf |
| Florida | https://dos.myflorida.com/elections/candidates-committees/campaign-finance/ |
| Georgia | https://ethics.ga.gov/contribution-limits/ |
| Hawaii | https://ags.hawaii.gov/campaign/contribution-limits/ |
| Idaho | https://sos.idaho.gov/elections-division/campaign-finance-faq/ |
| Illinois | file:///C:/Users/Owner/Downloads/2023contributionsummary_638151872935419506.pdf |
| Indiana | https://www.in.gov/sos/elections/files/2022-Campaign-Finance-Manual.FINAL.v1.pdf |
| Iowa | https://ethics.iowa.gov/campaigns/candidates |
| Kansas | http://ethics.ks.gov/CFAForms/FrequentlyAskedQuestions.html |
| Kentucky | https://kref.ky.gov/Pages/Contribution-Limits.aspx |
| Louisiana | http://ethics.la.gov/pub/laws/cfdasum.pdf |
| Maine | https://www.maine.gov/ethics/political-activity/contributing-information |
| Maryland | https://elections.maryland.gov/campaign_finance/summaryguide/Summary_Guide_Chapter_8.pdf |
| Massachusetts | https://malegislature.gov/Laws/GeneralLaws/PartI/TitleVIII/Chapter55/Section7A |
| Michigan | https://www.michigan.gov/sos/elections/disclosure/cfr/contribution-limits |
| Minnesota | https://cfb.mn.gov/pdf/camfin/contrib_limits.pdf |
| Mississippi | https://www.sos.ms.gov/content/documents/elections/links/2021%20Campaign%20Finance%20Guide_Final.pdf |
| Missouri | https://www.mec.mo.gov/FAQ/Questions |
| Montana | https://politicalpractices.mt.gov/Home/Contribution-Limits |

| State | Contribution Limits Reference Webpage |
|---|---|
| Nebraska | https://nadc.nebraska.gov/campaign-finance-general-information |
| Nevada | https://www.nvsos.gov/sos/home/showpublisheddocument?id=5267 |
| New Hampshire | https://sos.nh.gov/media/ijohdfoh/campaign-finance-guidance-12-17-21.pdf |
| New Jersey | https://www.elec.nj.gov/forcandidates/elect_limits.htm |
| New Mexico | https://www.sos.nm.gov/candidate-and-campaigns/how-to-become-a-candidate/campaign-contribution-limits/ |
| New York | https://www.elections.ny.gov/CFContributionLimits.html |
| North Carolina | https://www.ncsbe.gov/campaign-finance/candidate-committees |
| North Dakota | https://vip.sos.nd.gov/PortalListDetails.aspx?ptlhPKID=116&ptlPKID=2 |
| Ohio | https://www.ohiosos.gov/globalassets/candidates/limitchart2021.pdf |
| Oklahoma | https://www.ok.gov/ethics/Resources/Charts/ |
| Oregon | https://sos.oregon.gov/elections/documents/campaign-finance.pdf |
| Pennsylvania | https://www.dos.pa.gov/VotingElections/CandidatesCommittees/CampaignFinance/Documents/FAQ/CampaignFinanceFAQ.pdf |
| Rhode Island | https://elections.ri.gov/publications/Campaign_Finance/2022%20Campaign%20Finance%20Manual%20011822.pdf |
| South Carolina | https://ethics.sc.gov/campaigns#:~:text=Contribution%20limits,%241000%20for%20local%20candidates. |
| South Dakota | https://sdsos.gov/elections-voting/campaign-finance/contribution-limits.aspx |
| Tennessee | https://www.tn.gov/tref/news/2023/1/12/updated-campaign-contribution-limits-for-2023-2024--effective-immediately.html |
| Texas | https://statutes.capitol.texas.gov/Docs/EL/htm/EL.253.htm#:~:text=253.033.,this%20section%20commits%20an%20offense. |
| Utah | https://le.utah.gov/xcode/Title20A/Chapter11/C20A-11_1800010118000101.pdf |
| Vermont | https://sos.vermont.gov/elections/campaign-finance/ |
| Virginia | https://www.elections.virginia.gov/candidatepac-info/regulation-and-policies/ |
| Washington | https://www.pdc.wa.gov/rules-enforcement/guidelines-restrictions/contribution-limits |
| West Virginia | https://sos.wv.gov/FormSearch/Elections/Campaign_Finance/West%20Virginia%20Contribution%20Limits.pdf |
| Wisconsin | https://ethics.wi.gov/Pages/CampaignFinance/ContributionLimits.aspx |
| Wyoming | https://sos.wyo.gov/Elections/Docs/2022/2022_Campaign_Guide.pdf |