____*PLAINTIFFS'*____ WITNESS LIST IN CASE NO.  **1:22-cv-0247-JLK**____

____Lopez, et al._____ v. ____Griswold, et al._____

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Greg Lopez | Direct: 1.0 hrs.; Cross: X hrs.; Redirect: 0.5 hrs. | July 15 |
| Rodney Pelton | Direct: 1.0 hrs.; Cross: X hrs.; Redirect: 0.5 hrs. | July 15 |
| Steven House | Direct: 2.0 hrs.; Cross: X hrs.; Redirect: 0.5 hrs. | July 15 |
| Dr. David Primo (Expert) | Direct: 4.0 hrs.; Cross: X hrs.; Redirect: 1.0 hrs. | July 16 |
| Richard Wadhams | Direct: 1.5 hrs.; Cross: X hrs.; Redirect: 0.5 hrs. | July 17 |
| Dr. Christopher Bonneau (Expert) | Direct: 2.0 hrs.; Cross: X hrs.; Redirect: 1.0 hrs. | July 17 |
| Dr. Damon Cann (Expert) | Direct: 4.0 hrs.; Cross: X hrs.; Redirect: 1.0 hrs. | July 18 |
| Benjamin Engen (Fact Witness – Inflation) | Direct: 1.0 hrs.; Cross: X hrs.; Redirect: 0.5 hrs. | July 19 |
| Benjamin Engen (Expert) | Direct: 3.0 hrs.; Cross: X hrs.; Redirect: 1.0 hrs. | July 19 |
| | | |
| | | |
| Dr. David Primo (Expert) (Potential Rebuttal) | Direct: 1.5 hrs.; Cross: X hrs.; Redirect: 0.5 hrs. | Potential Rebuttal |
| | | |
| | | |
| | | |
| | | |
| | | |