## ___DEFENDANTS'___ WITNESS LIST IN CASE NO. 1:22-cv-00247-JLK

Lopez, et al. v. Griswold, et al.

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Stephen Bouey | Direct: 2 hours | |
| Bernie Buescher (possibly via videoconference) | Direct: 1 hour | |
| Kerry Donovan | Direct: 1 hour | |
| Douglas Spencer, Ph.D. | Direct: 3.5 hours | |
| Abby K. Wood, Ph.D. | Direct: 2.5 hours | |
| | | |
| | | |
| | | |
| | | |