# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date:   June 27, 2024 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Erin Valenti |

Criminal Action No.: 22-cv-00247-JLK

| | |
|---|---|
| GREG LOPEZ, RODNEY PELTON, and STEVEN HOUSE, | Ryan A. Morrison<br>Brett R. Nolan |
| Plaintiffs, | |
| v. | |
| JENA GRISWOLD,<br>*Colorado Secretary of State, in her official capacity*,<br>JUDD CHOATE, *Director of Elections,*<br>*Colorado Department of State, in his official capacity*, | Peter G. Baumann<br>Michael t. Kotlarczyk |
| Defendants. | |

## COURTROOM MINUTES

**Trial Preparation Conference**

**10:39 a.m.**     **Court in session.**

Court calls case.   Appearances of counsel.   Also present for the Defendants is Carmen VanPelt, Paralegal.

Preliminary remarks by the Court.

Discussion regarding witness schedule, witness lists, exhibit list, trial schedule, demonstrative exhibits, and trial briefs.

**11:21 a.m.**     **Court in recess.**     Hearing concluded.     Time in court: 00:42