IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Date: July 23, 2024 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Sadie Herbert |

Civill Action No.: 22-cv-00247-JLK

| | |
|---|---|
| GREG LOPEZ, RODNEY PELTON, and<br>STEVEN HOUSE, | Ryan A. Morrison<br>Brett R. Nolan |
| Plaintiffs, | |
| v. | |
| JENA GRISWOLD,<br>*Colorado Secretary of State, in her official capacity*,<br>JUDD CHOATE, *Director of Elections,*<br>*Colorado Department of State, in his official capacity*, | Michael t. Kotlarczyk<br>Talia Boxerman Kraemer<br>Peter G. Baumann |
| Defendants. | |

## COURTROOM MINUTES

**Trial to Court – Day 6**

**9:11 a.m.**     **Court in session.**

Court calls case.   Counsel and parties present.

9:12 a.m.     Defendants' witness, Bernie Buescher, called and sworn.

Direct examination begins by Ms. Kraemer.

9:48 a.m.     Cross examination begins by Mr. Mr. Morrison.

10:10 a.m.    Redirect examination by Ms. Kraemer.

Witness excused.

**10:15 a.m.**   **Court in recess.**

**10:34 a.m.**   **Court in session.**

Defendant's witness, Abby K. Wood, called and sworn.

10:35 a.m.    Direct examination begins by Mr. Baumann.

Dr. Abby Wood is tendered as an expert in research into the empirical effects of campaign finance law.

No objection.

**Tender ACCEPTED.**

10:52 a.m.     Continued direct examination by Mr. Baumann.

**Exhibit 48 offered and ADMITTED.**

11:28 a.m.     Continued direct examination by Mr. Baumann.

**11:56 a.m.     Court in recess.**

**1:16 p.m.     Court in session.**

1:17 p.m.     Continued direct examination by Mr. Baumann.

1:37 p.m.     Cross examination begins by Mr. Nolan.

2:14 p.m.     Witness excused.

Discussion regarding remaining witness and trial schedule.

2:17 p.m.     Defendants' witness, Douglas Spencer, called and sworn.

2:18 p.m.     Direct examination begins by Mr. Kotlarcyzk.

Dr. Douglas Spencer is tendered as an expert in campaign finance data and statistics.

No objection.

**Tender ACCEPTED.**

2:30 p.m.     Continued direct examination by Mr. Kotlarcyzk.

3:14 p.m.     Question by the Court.

**3:15 p.m.     Court in recess.**

**3:34 p.m.     Court in session.**

Continued direct examination by Mr. Kotlarcyzk.

3:49 p.m.     Cross examination begins by Mr. Morrison.

4:12 p.m.     Witness excused.

Defendants rest.

**4:13 p.m.     Court in recess.**

**4:21 p.m.     Court in session.**

Plaintiffs rest.

Discussion regarding briefing schedule.

**ORDERED:   Plaintiffs shall file their summation brief by September 23, 2024. Defendants' response is due by October 23, 2024.   Reply is due by November 12, 2024.**

Final remarks by the Court.

**4:28 p.m.     Court in recess.**
Trial concluded. Time in court: 05:11