**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-00247-JLK

GREG LOPEZ,
RODNEY PELTON, and
STEVEN HOUSE,

      Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
JUDD CHOATE, Director of Elections, Colorado Department of State, in his official capacity,

      Defendants.

---

**ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF TRIAL EXHIBITS, DEPOSITIONS, TRANSCRIPTS, AND PAPERS**

---

Following a bench trial and the entry of Final Judgment in this case, the parties are DIRECTED to retain custody of all exhibits,[1] depositions, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the final, non-appealable decision has been made in this matter. During the appeal, the party having custody of any part of the record necessary for appeal is DIRECTED to make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

      DATED this 4th day of May, 2026.

                                  _____
                                    JOHN L. KANE
                                    SENIOR U.S. DISTRICT JUDGE

---

[1] The original exhibits that were admitted during the bench trial remain in my chambers. The parties should retrieve those exhibits at their earliest convenience.